# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

128825
& (45)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HETTA MOORE,
      Plaintiff-Appellant,

v

CLARKE A. MOORE, deceased, by the
Estate of Clarke A. Moore,
      Defendant-Appellee.

SC: 128825
COA: 251822
Macomb CC: 98-003538-DO

_____/

     By order of September 29, 2005, the application for leave to appeal was held in abeyance pending the decision in *Sweebe v Estate of Orville Sweebe* (Docket No. 126913). On order of the Court, the opinion having been issued on April 26, 2006, 474 Mich ___ (2006), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The stay of proceedings ordered on September 29, 2005 is DISSOLVED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

l0619